IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| THE COASTAL BANK<br>    Plaintiff, | ) )<br>) | |
| vs. | ) ) | Case No. 4:14-cv-038 |
| G. GLEN MARTIN AND ARTHUR G. SCANLAN<br>    Defendants. | ) ) ) ) | |

## **ORDER**

Before the Court is a Consent Motion to Substitute Ameris Bank as Party Plaintiff in place of Plaintiff The Coastal Bank in the above-captioned action. Having read and considered the respective motion and the applicable law, the Court GRANTS the parties' request for substitution pursuant to Fed.R.Civ.P. 25(c). The Clerk of the United States District Court for the Southern District of Georgia is directed to substitute Ameris Bank as party Plaintiff in place of Plaintiff The Coastal Bank, in a manner consistent with this Order.

This 31st day of July, 2014.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT of GEORGIA