# IN THE UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| AMERIS BANK,<br><br>    Plaintiff,<br><br>v.<br><br>G. GLEN MARTIN and ARTHUR G. SCANLAN,<br><br>    Defendants and Counter Claimants,<br><br>v.<br><br>THE COASTAL BANK,<br><br>    Counter Defendant. | CASE NO. CV414-038 |

## ORDER

Eric J. Nathan, counsel for Defendants in the above case, has served this Court with a notice of leaves of absence from July 16 through August 1, 2016 and September 15 through September 16, 2016, during which he intends on vacationing. (Doc. 48.) The Court, however, is somewhat confused by counsel's submission. For example, this rather unusual notice simply declares that unless this Court objects to counsel's proposed absence, then it shall be automatically granted.

The Court has conducted an exhaustive review of its local rules, but has failed to uncover any provision allowing for members of this bar to unilaterally declare their absence.

Rather, Southern District of Georgia Local Rule 83.9 governs leaves of absence from this Court. Furthermore, while this rule states that leaves of absence "may be granted as a matter of course," there is nothing in the rule that would allow counsel to simply declare his absence. S.D. Ga. L.R. 83.9. Apparently, Mr. Nathan failed to read our local rules and submitted his request for leave of absence in conformance with Georgia Uniform Court Rule 16, which allows leaves of absence to be granted where neither opposing counsel nor the court objects. While it has been some time since it researched the issue, the Court's understanding is that it is not bound by the Georgia Uniform Court Rules. In any event, counsel should not abandon hope: this Court would be more than willing to consider any requests for leaves of absence that properly conforms to the requirements contained in this district's local rules.

SO ORDERED this 18th day of May 2016.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA