IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| AMERIS BANK, | ) |
| | ) |
| Plaintiff and Counter-Defendant, | ) ) ) |
| | ) |
| v. | ) CASE NO. CV414-038 |
| | ) |
| G. GLEN MARTIN and ARTHUR G. SCANLAN, | ) ) ) |
| | ) |
| Defendants and Counter-Plaintiffs. | ) ) ) |

## O R D E R

After granting Plaintiff's Motion for Summary Judgment, the Court directed Plaintiff to provide "an affidavit outlining the total amount, costs, and any accrued interest to which Plaintiff believe[d] it [was] entitled." (Doc. 38 at 1-2.) Plaintiff has since complied. (Doc. 39; Doc. 53.) Defendants have filed objections, contending that Plaintiff's purported deficiency balance under the note is incorrect because Plaintiff "failed to confirm the sale of the real and personal property securing the indebtedness or to otherwise prove the value of the collateral to an appropriate trier of fact." (Doc. 45 at 1; accord Doc. 56 at 1.)

After careful consideration, the Court agrees with Plaintiff's calculations. With respect to Defendants' objections, those arguments address the propriety of Plaintiff's foreclosure, not the amount of damages owed under the terms of the promissory note. Accordingly, judgment is hereby rendered in favor of Plaintiff against Defendant Martin in the amount of $1,817,211.00, which represents $1,562,500.00 in principal and $254,711.00 in interest; and against Defendant Scanlan in the amount of $1,163,013.00, which represents $1,000,000.00 in principal and $163,013.00 in interest. The Clerk of Court is **DIRECTED** to enter judgment consistent with this order and close this case.

SO ORDERED this 22ND day of March 2017.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA