# United States District Court
## Southern District of Georgia

Ameris Bank,

JUDGMENT IN A CIVIL CASE

v.

G. Glen Martin and Arthur G. Scanlan,

CASE NUMBER: CV414-38,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated 3/22/17, Judgment is hereby rendered in favor of

Plaintiff and against Defendant Martin in the amount of $1,817,211.00, which represents

$1,562,500.00 in principal and $254,711.00 in interest; and against Defendant Scanlan in the

amount of $1,163,013.00, which represents $1,000,000.00 in principal and $163,013.00 in interest.



| 3/22/17 | Scott L. Poff |
|---------|---------------|
| Date | Clerk |
| | *Walker Preece* |
| | *(By) Deputy Clerk* |