# United States District Court
## Southern District of Georgia

AMERIS BANK,

Plaintiff and Counter-Defendant,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV414-038

G. GLEN MARTIN and ARTHUR G. SCANLAN,

Defendants and Counter-Plaintiffs,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the order dated April 26, 2018 the Plaintiff, Ameris Bank is awarded $17,445.36 in fees and costs. As directed by the Eleventh Circuit, Defendant G. Glen Martin, Defendant Arthur G. Scanlan, defense counsel Amit Michael Navare, and defense counsel Eric J. Nathan are jointly and severally liable for the $17,445.36 award of costs and reasonable attorney's fees.

April 27, 2018
Date

Scott L. Poff
Clerk

*James R. Burell*
(By) Deputy Clerk